IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WANDA RIDNOUR, Wife; and BRUCE RIDNOUR, Husband;<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>DELTA AIR LINES, INC., SKYWEST, INC., UNIFI AVIATION, LLC, and JOHN DOE, individual or entity 1-6;<br><br>　　　　　Defendants. | 8:24CV442<br><br>ORDER |

　　　This matter is before the court on Plaintiffs' unopposed "Motion (1) to Dismiss Defendant SkyWest, Inc. and (2) for leave to file an Amended Complaint to add party Defendant." (Filing No. 43). Defendant seeks to add SkyWest Airlines, Inc. as a defendant in place of SkyWest, Inc.

　　　IT IS ORDERED:

1. Plaintiffs' request to file an amended complaint naming SkyWest Airlines, Inc. as a defendant in place of SkyWest, Inc. is granted. (Filing No. 43). The amended complaint shall be filed on or before June 27, 2025.

2. Once the amended complaint is filed the court will update the party names on the docket.

3. A progression order will be entered after all parties have filed the appropriate pleadings. Accordingly, the June 2, 2025 Rule 26 Meeting Report Deadline is continued pending further order of the court.

　　　Dated this 28th day of May, 2025.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　s/ Ryan C. Carson
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge