## Caitlin Wain

| | |
|---|---|
| **From:** | Alex Speakar <aspeakar@bairdholm.com> |
| **Sent:** | Thursday, January 8, 2026 3:27 PM |
| **To:** | Andrew M. Ferguson; carson@ned.uscourts.gov |
| **Cc:** | Joleen Baker; Victoria Harder; Jennifer Tricker; kirschman@Whitfieldlaw.com; Clete W. Blakeman; Kayla Hathcote |
| **Subject:** | RE: 8:24CV442 Wanda Ridnour and Bruce Ridnour vs. Delta Air Lines, Inc., Skywest Airlines, Inc., Unifi Aviation, LLC, and John Doe 1-6 Discovery Dispute Conference Delta Position Statement |
| **Attachments:** | Delta_Ridnour - Delta's RFPDS to Unifi Aviation (Sent 9.22.2025)(6864305.1).pdf; Delta_Ridnour - Delta's ROGS  to Unifi Aviation (Sent 9.22.2025)(6864304.1).pdf; RE: Ridnour v. Delta, et al - Delta's Discovery requests to UNIFI Aviations |

**CAUTION - EXTERNAL:**

Dear Judge Carson,

This firm serves as counsel for Delta Air Lines, Inc. in the above-referenced lawsuit. Defendant Unifi Aviation LLC never provided any responses to Delta's written discovery requests issued on September 22, 2025. I attach Delta's requests hereto for the Court's reference.

On September 22, 2025, Delta issued its First Set of Interrogatories and Requests for the Production of Documents to Unifi. On October 28, 2025, Delta emailed Unifi's counsel regarding the outstanding September discovery requests. On October 29, 2025, Unifi's counsel promised to check on the status of the responses. Delta again sought Unifi's responses on November 6, 2025, and at a November 6th deposition, for an unrelated case both counsel attended, Unifi's counsel responded that the discovery responses would be forthcoming as counsel was just awaiting Unifi's signature. Again, Unifi did not provide any responses and on November 14, 2025, Delta informed Unifi that without responses Delta would have to take action to compel the same. Delta's counsel followed up with a phone call to Unifi's counsel on December 23, 2025, in a last effort to secure Unifi's responses. I attached the parties' email correspondence hereto for the Court's reference.

Despite Delta's numerous attempts to secure Unifi's responses, to date, Delta has not received any response from Unifi to the September 22, 2025, discovery requests Delta issued. Delta now seeks this Court's intervention to secure Unifi's discovery responses.

Thank you.

**Alex M. Speakar**
Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102-2068
www.bairdholm.com

402.636.8264 Direct Dial Phone
402.344.0588 Fax
aspeakar@bairdholm.com

1

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

**From:** Kayla Hathcote <Kayla_Hathcote@ned.uscourts.gov>
**Sent:** Tuesday, January 6, 2026 2:18 PM
**To:** Alex Speakar <aspeakar@bairdholm.com>; Andrew M. Ferguson <aferguson@hennessyroach.com>
**Cc:** Joleen Baker <jbaker@bairdholm.com>; Victoria Harder <vharder@bairdholm.com>; Jennifer Tricker <jtricker@bairdholm.com>; kirschman@Whitfieldlaw.com; Clete W. Blakeman <clete@carlsonblakeman.com>; carson@ned.uscourts.gov
**Subject:** RE: 8:24CV442 Wanda Ridnour and Bruce Ridnour vs. Delta Air Lines, Inc., Skywest Airlines, Inc., Unifi Aviation, LLC, and John Doe 1-6 Discovery Dispute Conference Request

Counsel,

The court understands there is a discovery dispute between the parties.  To ensure that the matter is addressed efficiently and fairly, the following procedures apply:

Both parties are to submit to the court by email to carson@ned.uscourts.gov, and to each other, a concise statement (no more than three paragraphs) summarizing their respective position by noon on Friday, January 9, 2026. Please include copies of any disputed requests. If the other defendants take no position on the dispute, please let us know.

The parties must thereafter meet and confer (either in person or at a minimum by phone) to discuss in good faith the particular issues as raised in the submissions.  This discussion will be required regardless of prior efforts to confer.

If a discovery dispute call with the court remains necessary after doing so, please jointly review Judge Carson's calendar at https://www.ned.uscourts.gov/court-calendar, and note that the 1:30-2:30 p.m. hour is generally reserved for criminal hearings. The parties should then email chambers to confirm that they have conferred as instructed and propose two or more mutually agreeable dates and times. The court will select one of the proposed dates and set the hearing, which will be recorded.

Please see the following General Order No. 2025-04 regarding the storage, management, and access to restricted and sealed documents on CM/ECF, as the court's procedures have recently changed. Materials submitted prior to the hearing and the audio recording of the hearing will be uploaded to the public docket unless there is a request for restriction.

Thank you,

**Kayla N. Hathcote**
Law Clerk to U.S. Magistrate Judge Ryan C. Carson
U.S. District Court for the District of Nebraska
Kayla_Hathcote@ned.uscourts.gov
Telephone: (402) 661-7343

**From:** Alex Speakar <aspeakar@bairdholm.com>
**Sent:** Monday, January 5, 2026 2:36 PM
**To:** Kayla Hathcote <Kayla_Hathcote@ned.uscourts.gov>; Andrew M. Ferguson <aferguson@hennessyroach.com>
**Cc:** Joleen Baker <jbaker@bairdholm.com>; Victoria Harder <vharder@bairdholm.com>; Jennifer Tricker <jtricker@bairdholm.com>; kirschman@Whitfieldlaw.com; Clete W. Blakeman <clete@carlsonblakeman.com>; carson@ned.uscourts.gov
**Subject:** Wanda Ridnour and Bruce Ridnour vs. Delta Air Lines, Inc., Skywest Airlines, Inc., Unifi Aviation, LLC, and John Doe 1-6 8:24CV442 Discovery Dispute Conference Request

<mark>CAUTION - EXTERNAL:</mark>

Dear Judge Carson and Ms. Hathcote,

This firm serves as counsel for Delta Air Lines, Inc. in the above-referenced lawsuit. We write to request a discovery conference with the Court regarding Defendant Unifi Aviation LLC's total failure to respond to Delta's written discovery requests.

Pursuant to the June 24, 2025, Progression Order entered for this matter, no party may file a Motion to Compel without first contacting chambers to set a discovery conference to discuss the parties' dispute. On September 22, 2025, Delta issued its First Set of Interrogatories and Requests for the Production of Documents to Unifi. Since that time Delta has continued to follow up with counsel for Unifi via email, in person conversations, and phone calls to secure Unifi's responses. Despite Delta's numerous attempts to secure Unifi's responses, to date, Delta has not received any response from Unifi to the September 22, 2025, discovery requests Delta issued.

Because Delta's previous efforts to secure the responses were ultimately unsuccessful, we now seek this Court's intervention to secure Unifi's responses to the outstanding discovery without objection before proceeding in filing any Motion to Compel.

We request the Court schedule a conference to address the dispute and Unifi's failure to provide discovery responses and, if necessary, grant Delta leave to file a Motion to Compel said responses.

Thank you for your attention to this matter.

Best,

**Alex M. Speakar**
Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102-2068
www.bairdholm.com

402.636.8264 Direct Dial Phone
402.344.0588 Fax
aspeakar@bairdholm.com

3

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Andrew M. Ferguson |
| **To:** | Caitlin Wain; Alex Speakar; carson@ned.uscourts.gov |
| **Cc:** | Joleen Baker; Victoria Harder; Jennifer Tricker; kirschman@Whitfieldlaw.com; Clete W. Blakeman; Kayla Hathcote; Lauren L. Meyer |
| **Subject:** | RE: 8:24CV442 Wanda Ridnour and Bruce Ridnour vs. Delta Air Lines, Inc., Skywest Airlines, Inc., Unifi Aviation, LLC, and John Doe 1-6 Discovery Dispute Conference Delta Position Statement |
| **Date:** | Friday, January 9, 2026 8:44:11 AM |

<mark>CAUTION - EXTERNAL:</mark>

Judge Carson,

This office represents UniFi Aviation, LLC in regard to the above matter.  Unfortunately, I am only in a position to concur with Ms. Speakar's recitation of events as they pertain to her timeline regarding discovery.  I also, again unfortunately, concur that she and I have discussed this issue on several occasions without reaching a resolution.

I spoke with UniFi yesterday, January 8, 2026.  It is my understanding that I will have responses (verified Answers to Interrogatories and Responses to Requests for Production of Documents) to Deltas discovery requests today.  They will be filed as soon as I receive them.

Ms. Speakar have conferred and are planning to speak on Monday or Tuesday (a time has not yet been finalized) to discuss any issues raised in what I will submit.  Thank you.


Andy Ferguson

**Andrew M. Ferguson**
Hennessy & Roach, P.C.
14301 FNB Pkwy., Ste. 111, Omaha, NE 68154
Direct 402.933.0952
Office 402.933.8851
aferguson@hennessyroach.com



| | |
|---|---|
| Chicago, IL | 312.346.5310 |
| Brentwood, TN | 615.985.5340 |
| Indianapolis, IN | 317.204.4627 |
| Milwaukee, WI | 414.273.3133 |
| Omaha, NE | 402.933.8851 |
| Overland Park, KS | 913.221.0740 |
| Springfield, IL | 217.726.0037 |
| St. Louis, MO | 314.231.0770 |

Workers Compensation • Auto • Trucking • Construction • General Litigation • Labor & Employment

**From:** Caitlin Wain <Caitlin_Wain@ned.uscourts.gov>
**Sent:** Thursday, January 8, 2026 4:27 PM
**To:** Alex Speakar <aspeakar@bairdholm.com>; Andrew M. Ferguson <aferguson@hennessyroach.com>; carson@ned.uscourts.gov
**Cc:** Joleen Baker <jbaker@bairdholm.com>; Victoria Harder <vharder@bairdholm.com>; Jennifer Tricker <jtricker@bairdholm.com>; kirschman@Whitfieldlaw.com; Clete W. Blakeman <clete@carlsonblakeman.com>;

Kayla Hathcote <Kayla_Hathcote@ned.uscourts.gov>
**Subject:** RE: 8:24CV442 Wanda Ridnour and Bruce Ridnour vs. Delta Air Lines, Inc., Skywest Airlines, Inc., Unifi Aviation, LLC, and John Doe 1-6 Discovery Dispute Conference Delta Position Statement

Received by Judge Carson's chambers. Thank you,

Caitlin E. Wain
Law Clerk to United States Magistrate Judge Ryan C. Carson
U.S. District Court for the District of Nebraska
caitlin_wain@ned.uscourts.gov
Telephone: (402) 661-7342

---

**From:** Alex Speakar <aspeakar@bairdholm.com>
**Sent:** Thursday, January 8, 2026 3:27 PM
**To:** Andrew M. Ferguson <aferguson@hennessyroach.com>; carson@ned.uscourts.gov
**Cc:** Joleen Baker <jbaker@bairdholm.com>; Victoria Harder <vharder@bairdholm.com>; Jennifer Tricker <jtricker@bairdholm.com>; kirschman@Whitfieldlaw.com; Clete W. Blakeman <clete@carlsonblakeman.com>; Kayla Hathcote <Kayla_Hathcote@ned.uscourts.gov>
**Subject:** RE: 8:24CV442 Wanda Ridnour and Bruce Ridnour vs. Delta Air Lines, Inc., Skywest Airlines, Inc., Unifi Aviation, LLC, and John Doe 1-6 Discovery Dispute Conference Delta Position Statement

**CAUTION - EXTERNAL:**

Dear Judge Carson,

This firm serves as counsel for Delta Air Lines, Inc. in the above-referenced lawsuit. Defendant Unifi Aviation LLC never provided any responses to Delta's written discovery requests issued on September 22, 2025. I attach Delta's requests hereto for the Court's reference.

On September 22, 2025, Delta issued its First Set of Interrogatories and Requests for the Production of Documents to Unifi. On October 28, 2025, Delta emailed Unifi's counsel regarding the outstanding September discovery requests. On October 29, 2025, Unifi's counsel promised to check on the status of the responses. Delta again sought Unifi's responses on November 6, 2025, and at a November 6th deposition, for an unrelated case both counsel attended, Unifi's counsel responded that the discovery responses would be forthcoming as counsel was just awaiting Unifi's signature. Again, Unifi did not provide any responses and on November 14, 2025, Delta informed Unifi that without responses Delta would have to take action to compel the same. Delta's counsel followed up with a phone call to Unifi's counsel on December 23, 2025, in a last effort to secure Unifi's responses. I attached the parties' email correspondence hereto for the Court's reference.

Despite Delta's numerous attempts to secure Unifi's responses, to date, Delta has not received any response from Unifi to the September 22, 2025, discovery requests Delta issued. Delta now seeks this Court's intervention to secure Unifi's discovery responses.

Thank you.

**Alex M. Speakar**
Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102-2068
www.bairdholm.com

402.636.8264 Direct Dial Phone
402.344.0588 Fax
aspeakar@bairdholm.com

Baird Holm LLP

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

---

**From:** Kayla Hathcote <Kayla_Hathcote@ned.uscourts.gov>
**Sent:** Tuesday, January 6, 2026 2:18 PM
**To:** Alex Speakar <aspeakar@bairdholm.com>; Andrew M. Ferguson <aferguson@hennessyroach.com>
**Cc:** Joleen Baker <jbaker@bairdholm.com>; Victoria Harder <vharder@bairdholm.com>; Jennifer Tricker <jtricker@bairdholm.com>; kirschman@Whitfieldlaw.com; Clete W. Blakeman <clete@carlsonblakeman.com>; carson@ned.uscourts.gov
**Subject:** RE: 8:24CV442 Wanda Ridnour and Bruce Ridnour vs. Delta Air Lines, Inc., Skywest Airlines, Inc., Unifi Aviation, LLC, and John Doe 1-6 Discovery Dispute Conference Request

Counsel,

The court understands there is a discovery dispute between the parties.  To ensure that the matter is addressed efficiently and fairly, the following procedures apply:

Both parties are to submit to the court by email to carson@ned.uscourts.gov, and to each other, a concise statement (no more than three paragraphs) summarizing their respective position by noon on Friday, January 9, 2026. Please include copies of any disputed requests. If the other defendants take no position on the dispute, please let us know.

The parties must thereafter meet and confer (either in person or at a minimum by phone) to discuss in good faith the particular issues as raised in the submissions.  This discussion will be required regardless of prior efforts to confer.

If a discovery dispute call with the court remains necessary after doing so, please jointly review Judge Carson's calendar at https://www.ned.uscourts.gov/court-calendar, and note that the 1:30-2:30 p.m. hour is generally reserved for criminal hearings. The parties should then email chambers to confirm that they have conferred as instructed and propose two or more mutually agreeable dates and times. The court will select one of the proposed dates and set the hearing, which will be recorded.

Please see the following General Order No. 2025-04 regarding the storage, management, and access to restricted and sealed documents on CM/ECF, as the court's procedures have recently changed. Materials submitted prior to the hearing and the audio recording of the hearing will be uploaded to the public docket unless there is a request for restriction.

Thank you,

**Kayla N. Hathcote**
Law Clerk to U.S. Magistrate Judge Ryan C. Carson
U.S. District Court for the District of Nebraska
Kayla_Hathcote@ned.uscourts.gov
Telephone: (402) 661-7343

**From:** Alex Speakar <aspeakar@bairdholm.com>
**Sent:** Monday, January 5, 2026 2:36 PM
**To:** Kayla Hathcote <Kayla_Hathcote@ned.uscourts.gov>; Andrew M. Ferguson <aferguson@hennessyroach.com>
**Cc:** Joleen Baker <jbaker@bairdholm.com>; Victoria Harder <vharder@bairdholm.com>; Jennifer Tricker <jtricker@bairdholm.com>; kirschman@Whitfieldlaw.com; Clete W. Blakeman <clete@carlsonblakeman.com>; carson@ned.uscourts.gov
**Subject:** Wanda Ridnour and Bruce Ridnour vs. Delta Air Lines, Inc., Skywest Airlines, Inc., Unifi Aviation, LLC, and John Doe 1-6 8:24CV442 Discovery Dispute Conference Request

<mark>CAUTION - EXTERNAL:</mark>

Dear Judge Carson and Ms. Hathcote,

This firm serves as counsel for Delta Air Lines, Inc. in the above-referenced lawsuit. We write to request a discovery conference with the Court regarding Defendant Unifi Aviation LLC's total failure to respond to Delta's written discovery requests.

Pursuant to the June 24, 2025, Progression Order entered for this matter, no party may file a Motion to Compel without first contacting chambers to set a discovery conference to discuss the parties' dispute. On September 22, 2025, Delta issued its First Set of Interrogatories and Requests for the Production of Documents to Unifi. Since that time Delta has continued to follow up with counsel for Unifi via email, in person conversations, and phone calls to secure Unifi's responses. Despite Delta's numerous attempts to secure Unifi's responses, to date, Delta has not received any response from Unifi to the September 22, 2025, discovery requests Delta issued.

Because Delta's previous efforts to secure the responses were ultimately unsuccessful, we now seek this Court's intervention to secure Unifi's responses to the outstanding discovery without objection before proceeding in filing any Motion to Compel.

We request the Court schedule a conference to address the dispute and Unifi's failure to provide discovery responses and, if necessary, grant Delta leave to file a Motion to Compel said responses.

Thank you for your attention to this matter.

Best,


**Alex M. Speakar**
Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102-2068
www.bairdholm.com

402.636.8264 Direct Dial Phone
402.344.0588 Fax
aspeakar@bairdholm.com

Baird Holm LLP

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Alex Speakar |
| **To:** | Andrew M. Ferguson |
| **Cc:** | Lauren L. Meyer; Victoria Harder |
| **Subject:** | RE: Ridnour v. Delta, et al - Delta"s Discovery requests to UNIFI Aviations |
| **Date:** | Thursday, January 8, 2026 4:28:48 PM |
| **Attachments:** | image001.jpg |
| | image002.jpg |

Hi Andy-

Following up again on Unifi's responses and our conversation last week. We would certainly prefer not to file a Motion to Compel, but the responses have been outstanding since September, and we need to move forward.

If we don't receive the responses in the next week will have to move forward with a Motion.

Thank you.


**Alex M. Speakar**
Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102-2068
www.bairdholm.com

402.636.8264 Direct Dial Phone
402.344.0588 Fax
aspeakar@bairdholm.com



Baird Holm LLP

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

---

**From:** Alex Speakar
**Sent:** Thursday, November 6, 2025 7:24 AM
**To:** Andrew M. Ferguson <aferguson@hennessyroach.com>
**Cc:** Lauren L. Meyer <lmeyer@hennessyroach.com>
**Subject:** RE: Ridnour v. Delta, et al - Delta's Discovery requests to UNIFI Aviations

Andy-

Any update on Unifi's discovery responses?

Thanks.


**Alex M. Speakar**
Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102-2068
www.bairdholm.com

402.636.8264 Direct Dial Phone
402.344.0588 Fax

aspeakar@bairdholm.com

Baird Holm LLP

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

**From:** Andrew M. Ferguson <aferguson@hennessyroach.com>
**Sent:** Wednesday, October 29, 2025 8:25 AM
**To:** Alex Speakar <aspeakar@bairdholm.com>
**Cc:** Lauren L. Meyer <lmeyer@hennessyroach.com>
**Subject:** RE: Ridnour v. Delta, et al - Delta's Discovery requests to UNIFI Aviations

Alex,

I will check on the status today and let you know.  Thanks.

Andy

**Andrew M. Ferguson**
Hennessy & Roach, P.C.
14301 FNB Pkwy., Ste. 111, Omaha, NE 68154
Direct 402.933.0952
Office 402.933.8851
aferguson@hennessyroach.com

Hennessy & Roach, P.C.



**From:** Alex Speakar <aspeakar@bairdholm.com>
**Sent:** Tuesday, October 28, 2025 2:22 PM
**To:** Andrew M. Ferguson <aferguson@hennessyroach.com>
**Cc:** Victoria Harder <vharder@bairdholm.com>; Joleen Baker <jbaker@bairdholm.com>; Jennifer Tricker <jtricker@bairdholm.com>; Lauren L. Meyer <lmeyer@hennessyroach.com>
**Subject:** RE: Ridnour v. Delta, et al - Delta's Discovery requests to UNIFI Aviations

Andy-

When can we expect to receive Unifi's responses to Delta's discovery requests sent September 22nd?

Best,

**Alex M. Speakar**
Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102-2068
www.bairdholm.com

402.636.8264 Direct Dial Phone
402.344.0588 Fax
aspeakar@bairdholm.com

Image removed by sender. Baird Holm LLP

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

---

**From:** Joleen Baker <jbaker@bairdholm.com>
**Sent:** Monday, September 22, 2025 2:19 PM
**To:** Andrew M. Ferguson <aferguson@hennessyroach.com>
**Cc:** andrea@carlsonblakeman.com; clete@carlsonblakeman.com; kirschman@whitfiledlaw.com; Jennifer Tricker <jtricker@bairdholm.com>; Alex Speakar <aspeakar@bairdholm.com>; Victoria Harder <vharder@bairdholm.com>; Paula Gloe <pgloe@bairdholm.com>
**Subject:** Ridnour v. Delta, et al - Delta's Discovery requests to UNIFI Aviations

Counsel,

Attached please find Defendant Delta Air Lines, Inc.'s Interrogatories and Requests for Production of Documents to UNIFI Aviations LLC in the above-referenced matter, We have included the word versions for you as a courtesy and a notice of service will be filed today, Should you have any questions, comments or concerns, contact Jennifer Tricker or Alexandra Speakar.

**Joleen M. Baker**
Legal Assistant
Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102-2068
www.bairdholm.com

402.231.8569 Direct Dial Phone
402.344.0588 Fax
jbaker@bairdholm.com

Image removed by sender. Baird Holm LLP

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| WANDA RIDNOUR & BRUCE RIDNOUR, Husband and Wife, <br><br>      Plaintiffs, <br><br> v. <br><br> DELTA AIR LINES, INC., SKYWEST AIRLINES, INC., UNIFI AVIATIONS, LLC f/k/a DAL GLOBAL SERVICES, LLC, & JOHN DOE, individual and entity 1 – 6, <br><br>      Defendants. | Case No. 8:24-cv-00442 <br><br><br> **DELTA AIR LINES, INC. FIRST SET OF INTERROGATORIES TO DEFENDANT UNIFI AVIATIONS, LLC f/k/a DAL GLOBAL SERVICES, LLC** |

TO: Defendant, UNIFI AVIATIONS, LLC f/k/a DAL GLOBAL SERVICES, LLC ("Unifi") through their attorneys of record Andrew M. Ferguson of Hennessy Roach Law Firm.

The following Interrogatories must be answered separately, in writing and under oath, within thirty (30) days of the date of service, pursuant to Rule 33 of the Federal Rules of Discovery. Answers to these Interrogatories shall contain your complete knowledge, including that which is available to you personally or through your agents or attorney.

These Interrogatories shall be deemed continuing, and should you or your agents discover any additional information as to the matters into which these Interrogatories inquire between the time Answers are made and the time of trial that require supplementation of these Answers pursuant to Rule 33 of the Federal Rules of Civil Procedure, supplemental or amended Answers should be served, advising the attorneys for Defendant Delta Airlines, Inc. ("Delta") of the newly discovered information as far in advance of trial as possible.

If, in response to any of the Interrogatories below, you object in lieu of an answer, please state with specificity your reasons for the objection, including the legal or factual grounds upon

6820119.1

which the objection is based. If you have objected on the ground of privilege, please specify the privilege claimed and produce a privilege log.

## INTERROGATORIES

**INTERROGATORY NO. 1:**      If you or any one acting on Unifi's behalf, including your employees, agents, and representatives, has ever taken or received any verbal, written, or otherwise recorded statement from any person relating to the November 16, 2023, incident referenced in ¶¶ 17 – 37 of the Amended Complaint  (the "Incident") and/or any claims or defenses raised by any party to this case, please describe each statement, which includes describing who made the statement, who took and/or was present for the statement, the date and place of the statement, and the contents of the statement.  For all information upon which you claim privilege, please provide the information required at Fed.R.Civ.Pro. 26(b)(5).

**ANSWER:**


**INTERROGATORY NO. 2:**      List every individual of whom you are aware who has any information or knowledge with respect to any of the allegations made in Plaintiffs' Amended Complaint, whether or not you intend to call such person at the trial of this matter. Please include each person's name, phone number, and a description of the information or knowledge you believe s/he has.

**ANSWER:**


**INTERROGATORY NO. 3:**      State the names and addresses of the persons from whom you, anyone on your behalf or any other person of whom you are aware, has taken written or mechanically recorded statements or reports, concerning or in any manner relating to this

6820119.1

lawsuit, and the name and address of the person or persons presently having custody of such statements or reports.

**ANSWER:**

**INTERROGATORY NO. 4:**    State the name and address of any persons who witnessed, are reported to have witnessed, or who were in any way involved in the Incident or the events leading up to it and describe with particularity your understanding of what the person or persons witnessed at the time of the Incident.

**ANSWER:**

**INTERROGATORY NO. 5:**    Identify by name and phone number all Unifi employees/contractors scheduled to work or who worked Flight No. 3963 which arrived in Omaha on November 16, 2023, carrying Plaintiffs, including those who assisted with and witnessed the Incident and describing with particularity the role, job duties, and involvement in the Incident for each identified individual, including, all those individuals identified in Unifi's Rule 26(a) disclosures.

**ANSWER:**

**INTERROGATORY NO. 6:**    If you claim that any other party or non-party caused or contributed to the cause of the damages alleged in this case, please describe in detail the facts you believe support your claim for each such person or entity.

**ANSWER:**

6820119.1

**INTERROGATORY NO. 7:**       If you contend any party to this litigation and/or such party's employee, agent, or representative made an admission or statement against interest (whether verbal or written, formal or informal, and to you or to someone else), please describe each admission or statement against interest, including the speaker, to whom the speaker made the admission/statement, when and where the admission/statement was made, any witnesses to the admission/statement, and what was said.

**ANSWER:**

**INTERROGATORY NO. 8:**       State whether you had any communication, including writings or oral conversation, with any agent or representative of any of the other parties or with Plaintiffs relating to the Incident and/or the injuries allegedly sustained, and if so, please state the contents of the communication or conversation and the statements, if any, that were made.

**ANSWER:**

**INTERROGATORY NO. 9:**       Describe the actions Unifi took, by and through its employees, agents, and/or representatives, in responding to the Incident including how employees/contractors assisted the Plaintiffs' in deplaning, if and how it contacted medical/emergency services, and any subsequent investigation or inspection pertaining to the Incident.

**ANSWER:**

**INTERROGATORY NO. 10:**       State with particularity all accommodations, requests, assistance, medical conditions, any physical limitations, and any other correspondence

6820119.1

or communication from or between Plaintiffs and Unifi regarding boarding and traveling on the date of the Incident.

**ANSWER:**

**INTERROGATORY NO. 11:**    Set forth the name and last known address of all persons who have made any inspections or investigations of any matter pertaining to Plaintiffs' claims and the Incident setting forth the nature of the investigation or inspection made, and the date of any such inspection or investigation.

**ANSWER:**

DATED this 22nd day of September, 2025.

DELTA AIR LINES, INC., DEFENDANT,

By:  */s/ Alexandra M. Speakar*
Jennifer D. Tricker, 23022
Alexandra M. Speakar, 27937
of    BAIRD HOLM LLP
1700 Farnam Street, Suite 1500
Omaha, NE  68102-2068
Phone: 402-344-0500
jtricker@bairdholm.com
aspeakar@bairdholm.com

6820119.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of September, 2025, the foregoing,

*Delta Airlines Inc.'s First Set of Interrogatories to Defendant Unifi Aviation, LLC,* were served

upon all counsel of record via electronic mail to the following:

Andrea A. Klinetobe
Cletus W. Blakeman
Carlson, Blakeman Law Firm
2002 Douglas Street
Omaha, NE 68102
andrea@carlsonblakeman.com
clete@carlsonblakeman.com
*Attorneys for Plaintiffs*

Richard J. Kirschman
Whitfield, Eddy Law Firm
699 Walnut Street, Ste. 2000
Des Moines, IA 50309
kirschman@whitfiledlaw.com
*Attorney for SkyWest Airlines, Inc.*

Andrew M. Ferguson
Hennessy Roach Law Firm
14301 FNB Parkway, Ste. 308
Omaha, NE 68154
aferguson@hennessyroach.com
*Attorney for Unifi Aviation, LLC*
*f/k/a DAL Global Services, LLC*

*/s/ Alexandra M. Speakar*

6820119.1

## **VERIFICATION**

I, _____, declare under penalty of perjury under the laws of the United States of America that I have read the foregoing answers to Defendant *Delta Airlines Inc.'s First Set of Interrogatories to UNIFI Aviations, LLC f/k/a DAL Global Services LLC.* and that the answers are true and correct to the best of my knowledge, information, and belief.

Executed on this ___ day of _____, *2025*.

UNIFI AVIATIONS, LLC f/k/a DAL
GLOBAL SERVICES, LLC,
DEFENDANT,

_____
NAME

_____
DATE

_____
SIGNATURE

_____
TITLE

6820119.1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WANDA RIDNOUR & BRUCE RIDNOUR, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>DELTA AIR LINES, INC., SKYWEST AIRLINES, INC., UNIFI AVIATIONS, LLC f/k/a DAL GLOBAL SERVICES, LLC, & JOHN DOE, individual and entity 1 – 6,<br><br>Defendants. | Case No. 8:24-cv-00442<br><br><br>**DELTA AIR LINES, INC. FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT UNIFI AVIATION, LLC f/k/a DAL GLOBAL SERVICES, LLC** |

TO:    Defendant, UNIFI AVIATION, LLC f/k/a DAL GLOBAL SERVICES, LLC, ("Unifi") through their attorneys of record Andrew M. Ferguson of Hennessy Roach Law Firm.

Pursuant to Rule 34 of the Federal Rules of Civil Procedure please respond to the following requests for production of documents and produce the requested documents to the undersigned attorneys for Delta Air Lines, Inc. ("Delta") within thirty (30) days from the date of service. These requests are continuing in nature and require supplementary production of any and all documents falling within the scope of the request that may come into your custody, control, or possession subsequent to your responses hereto.

If, in response to any of the Request for Production of Documents below, you object in lieu of an answer, please state with specificity your reasons for the objection, including the legal or factual grounds upon which the objection is based. If you have objected on the ground of privilege, please specify the privilege claimed and produce a privilege log.

6820121.1

## REQUEST FOR PRODUCTION OF DOCUMENTS

**REQUEST NO. 1:**    With respect to your expert witnesses, please provide:

1.  a complete statement of all opinions your expert witnesses will express and the basis and reasons for them;

2.  the facts or data considered by the witnesses in forming them;

3.  any exhibits that will be used to summarized or support the expert opinions;

4.  the witnesses' qualifications, including a list of all publications authored in the previous 10 years;

5.  a list of all other cases in which, during the previous 4 years, the witnesses have testified as an expert at trial or by deposition; and

6.  a statement of the compensation to be paid for the study and testimony in the case.

**RESPONSE:**


**REQUEST NO. 2:**    Provide information related to the compensation your experts will or has charged you for their study or testimony.

**RESPONSE:**


**REQUEST NO. 3:**    Documents and correspondence reflecting all facts or data that your attorney provided and that your experts considered in forming their opinions to be expressed.

**RESPONSE:**


6820121.1

**REQUEST NO. 4:**    Documents and correspondence reflecting assumptions that your attorney provided and your experts relied on in forming the opinions to be expressed.

**RESPONSE:**

**REQUEST NO. 5:**    All documents identified, referred to, or relied upon in your answers to Delta's Interrogatories.

**RESPONSE:**

**REQUEST NO. 6:**    Provide a copy of each exhibit, piece of evidence, and demonstrative you expect to offer or otherwise use at the trial of this case.

**RESPONSE:**

**REQUEST NO. 7:**    All photographs, videos, or other visual depictions of the November 16, 2023 – November 17, 2023, incident ("the Incident"), as described in ¶¶ 17-37 in Plaintiffs' Amended Complaint.

**RESPONSE:**

**REQUEST NO. 8:**    Provide any diagram, chart, drawing, and/or sketch relating to the scene of the Incident, the people and/or vehicles involved in the Incident, and/or any damage resulting from the Incident.

**RESPONSE:**

6820121.1

**REQUEST NO. 9:**    All photographs, videos, or other visual depictions and documents regarding the flight to Omaha, NE on November 16, 2023, or the Incident.

**RESPONSE:**

**REQUEST NO. 10:**  Provide copies of and/or documents that reflect any statement from any person relating to the Incident and/or any claims or defenses raised by any party to this case.

**RESPONSE:**

**REQUEST NO. 11:** Provide all documents and correspondence relating to any admission(s) and/or statement(s) against interest that you alleged Plaintiffs' by and through any of its employees, agents, or representatives, has made regarding the Incident and/or any claim or defense raised by any party in the above-captioned case.

**RESPONSE:**

**REQUEST NO. 12:** All reports, documents, and correspondence relating to each inspection and investigation of any event, condition, or issue relating to Incident, whether prepared by you or on your behalf or by another investigative entity, including, but not limited to, law enforcement reports, EMS or other first responder reports, insurance investigative summaries, and/or private investigator reports.

**RESPONSE:**

**REQUEST NO. 13:**  All communications between you and any third party regarding the Incident, including but not limited to emails, text messages, and social media messages. For all

6820121.1

information upon which you claim privilege, please provide the information required at Fed.R.Civ.Pro. 26(b)(5).

**RESPONSE:**

**REQUEST NO. 14:** All documents and correspondence that reflect those actions you took, by and through your employees, agents, and/or representatives, following the Incident in response to or as a result of Incident.

**RESPONSE:**

**REQUEST NO. 15:** All documents and/or communications provided to or received from any governmental agency in connection with the Incident.

**RESPONSE:**

**REQUEST NO. 16:** Provide all documentation, records, and communications evidencing complaints or reports made to Unifi, your employees, or affiliates regarding the flight involved in the Incident, Flight No. 3963, on November 16, 2023.

**RESPONSE:**

**REQUEST NO. 17:** Provide all documentation, records, and communications evidencing complaints or reports made to Unifi from Plaintiffs.

**RESPONSE:**

6820121.1

**REQUEST NO. 18:**  All documents and/or communications reflecting any statements made by witnesses regarding the Incident.

**RESPONSE:**

**REQUEST NO. 19:**  All documents and/or communications reflecting any statements made by any person relating to the Incident and/or any claims or defenses raised by any party to this case.

**RESPONSE:**

**REQUEST NO. 20:**  All documents and/or communications sent to or received from any other party to this litigation related to the Incident.

**RESPONSE:**

**REQUEST NO. 21:**  All documents and correspondence you have sent, obtained or otherwise received as the result of a subpoena, a records authorization, FOIA, and/or other records request (whether formally served or informally submitted) to any third-party regarding the Incident and this lawsuit.

**RESPONSE:**

**REQUEST NO. 22:**  Provide the documents and correspondence evidencing the employees/contractors scheduled to work Flight No. 3963 which arrived in Omaha on November 16, 2023.

**RESPONSE:**

6820121.1

**REQUEST NO. 23:** Provide all documents and agreements between SkyWest, Unifi, and/or Delta regarding the scope of the parties' relationship in coordinating and staffing flights like Flight No. 3963.

**RESPONSE:**

**REQUEST NO. 24:** Provide a copy of any and all insurance policies which may be responsible to pay, in part or in whole, the damages in this case.

**RESPONSE:**

**REQUEST NO. 25:** Provide all documentation and correspondence evidencing the physical condition of the Plaintiffs prior to the Incident and after.

**RESPONSE:**

**REQUEST NO. 26:** Provide the policies, agreements, and procedures governing the training, education, and operation of Unifi staff including documentation evidencing training of in-flight staff and ground crew in responding to flight issues such as the Incident. This includes how staff are instructed regarding in-flight or boarding or disembarking the plane emergencies, as well as how staff should assist passengers who are unable to board or disembark the plane without assistance.

**RESPONSE:**

6820121.1

**REQUEST NO. 27:**  Provide the policies, agreements, and procedures governing when staff can and should decline to allow a passenger to board the plane.

**RESPONSE:**

**REQUEST NO. 28:**  Provide the policies, agreements, and procedures governing the training, education, and operation of Unifi staff in boarding and deplaning flights in place at the time of the Incident.

**RESPONSE:**

**REQUEST NO. 29:**  Provide documentation and correspondence regarding all accommodations, requests, assistance, medical conditions, any physical limitations, and any other correspondence or communication from Plaintiffs', SkyWest, or Unifi regarding Plaintiffs' travel on Flight No. 3963 on November 16, 2023.

**RESPONSE:**

**REQUEST NO. 30:**  Please provide a copy of all discovery you provided to any other party in this lawsuit.

**RESPONSE:**

**REQUEST NO. 31:**  Please provide a copy of all documents referenced in your Rule 26(a) Initial Disclosures.

**RESPONSE:**

6820121.1

DATED this 22nd day of September, 2025.

DELTA AIR LINES, INC., DEFENDANT,

By:   */s/ Alexandra M. Speakar*

Jennifer D. Tricker, 23022
Alexandra M. Speakar, 27937

of   BAIRD HOLM LLP
1700 Farnam Street, Suite 1500
Omaha, NE  68102-2068
Phone: 402-344-0500
jtricker@bairdholm.com
aspeakar@bairdholm.com

6820121.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22ⁿᵈ day of September, 2025, the foregoing,

*Delta Airlines Inc.'s First Set of Request for Production of Documents to Defendant Unifi Aviation, LLC, f/k/a DAL Global Services, LLC* were served upon all counsel of record via electronic mail to the following:

Andrea A. Klinetobe
Cletus W. Blakeman
Carlson, Blakeman Law Firm
2002 Douglas Street
Omaha, NE 68102
andrea@carlsonblakeman.com
clete@carlsonblakeman.com
*Attorneys for Plaintiffs*

Andrew M. Ferguson
Hennessy Roach Law Firm
14301 FNB Parkway, Ste. 308
Omaha, NE 68154
aferguson@hennessyroach.com
*Attorney for Unifi Aviation, LLC
f/k/a DAL Global Services, LLC*

Richard J. Kirschman
Whitfield, Eddy Law Firm
699 Walnut Street, Ste. 2000
Des Moines, IA 50309
kirschman@whitfiledlaw.com
*Attorney for SkyWest Airlines, Inc.*

/s/ Alexandra M. Speakar

6820121.1

| From: | Alex Speakar |
|---|---|
| To: | Caitlin Wain; carson@ned.uscourts.gov |
| Cc: | Briza Menjivar; Victoria Harder; Jennifer Tricker; kirschman@Whitfieldlaw.com; Clete W. Blakeman; Kayla Hathcote; Lauren L. Meyer; Andrew M. Ferguson |
| Subject: | RE: 8:24CV442 Wanda Ridnour and Bruce Ridnour vs. Delta Air Lines, Inc., Skywest Airlines, Inc., Unifi Aviation, LLC, and John Doe 1-6 Discovery Dispute Conference Delta Position Statement |
| Date: | Tuesday, February 17, 2026 8:02:07 AM |
| Attachments: | image002.png |
| | Unifi_Delta Meet and Confer Letter to Unifi(7065512.1).pdf |
| | 2026.02.09 Unifi"s Supplement RRFP to Delta(7064062.1).pdf |
| | 2026.01.14 - Unifi"s Answer to Delta"s ROGs (Delta_Ridnour)(7048641.1).pdf |
| | 2026.01.14 - Unifi"s Responses to Delta"s RFPs (Delta_Ridnour)(7048642.1).pdf |

**CAUTION - EXTERNAL:**

Dear Judge Carson,

The remaining discovery issues are as follows: (1) Unifi only provided two documents in response to Delta's requests for production through their singular supplemental responses to Request No. 26; (2) Unifi copy and pasted the same boilerplate objections for 26/30 requests for production with no specificity as to the basis for the objection (Requests Nos. 6 - 30); (3) Unifi cannot provide any accounting of where certain documentation is or what efforts it took to locate the same. Delta requests that the Court require Unifi to supplement its responses to Delta's requests for production and remove the boilerplate objections for Requests Nos. 2, 3, 6, 7, 8, 11, 12, 13, 14, 15, 16, 17, 18, 19, 21, 22, 23, 24, 25, 26, 27, 28, 29, and 30. A short timeline of the party's correspondence since January 9th, is below.

**January 9, 2026**: Unifi provides its responses to Delta's First Set of Interrogatories and Requests for Production.
**January 14, 2026**: Meet and confer call between Delta and Unifi counsel. Delta's counsel requests production of responsive documents as the written responses did not produce even a single document in response to the discovery requests.
**January 26, 2026:** Delta issues its Meet and Confer Letter detailing the improper objections and responses Unifi provided.
**January 29, 2026:**  Unifi confirmed receipt of the meet and confer and requests until February 6, 2026, to respond.
**February 9, 2026:** Unifi provides one supplemental RFP response to Delta.
**February 10, 2026**: Meet and confer call between Delta and Unifi counsel. Delta seeks supplemental responses as set forth in Meet and Confer by February 12th.

Since the parties last contacted the Court on January 9, Unifi provided Delta with their written discovery responses (attached), Delta issued a meet and confer letter (attached), and the parties engaged in at least two meet and confer phone calls. The specific deficiencies with Unifi's discovery responses are set forth in the attached meet and confer letter, namely that Delta provided zero documentation with these initial responses and asserted the same boilerplate objection to 26/30 requests for production. Following the Meet and Confer Letter, Unifi only provided one supplemental request for production response (attached) and produced only two documents, which Unifi claimed were responsive solely to Request for Production No. 26 concerning agreements, training, operation, and staff procedure documents. The produced agreement outlines the type of service Unifi provides to the subject airport but provides none of the other information requested in Request No. 26 regarding how Unifi staff are trained, educated, or otherwise operate to respond to flight issues. This is despite Unifi counsel confirming during the meet and confer calls that Unifi trains its airport staff. Considering the four-month delay in receiving Unifi's written discovery responses, it is not clear what efforts Unifi took over that course of time to locate responsive information.

Unifi did not provide any written response to Delta's meet and confer letter or issue any additional supplemental responses after the parties' February 10th meet and confer call. While Unifi eventually provided a few piecemeal documents such as an employee schedule and the insurance policy as Delta's counsel requested, Unifi did not supplement its responses to requests for production as Delta requested to reflect the same. *See Auer v. City of Minot*, 2016 WL 11477247, at *1 (D.N.D., 2016) (explaining "parties are required to formally supplement any answers to written discovery so that, if there is a dispute later, there is something the court can look to without having to wade through," piecemeal information). For example, Request No. 30 seeks the documents cited in Unifi's Initial Disclosures (such as the insurance policy for this dispute). While Unifi eventually provided this document, Unifi did not supplement its discovery responses to reflect the same. Instead, Unifi maintained the same boilerplate objection to this request:

**RESPONSE:** Unifi objects to this request for production of documents as it is overly broad and unduly burdensome; It is irrelevant to the facts surrounding this incident and is not reasonably calculated to lead to any discoverable information in regard to this incident. Without waiving said objection_Unifi is not in possession of any documents that are responsive to this request. Discovery continues and will be supplemented appropriately. This repeated boilerplate objection in no way explains any undue burden in providing this information which is clearly relevant to the claims as it is citied in Unifi's Initial Disclosures. *Simmons v. JP Morgan Chase Bank, N.A.*, 2010 WL 4273177, at *3 (D.Neb., Oct. 21, 2010) (granting Motion to Compel when Defendant could not demonstrate any support for its bare objections for relevancy and overly burdensome). Thus, the issues raised in the attached meet and confer letter continue to form the basis for this discovery dispute. We would ask that Unifi supplement its responses and remove the improper, boilerplate objections, for Requests Nos. 2, 3, 6, 7, 8, 11, 12, 13, 14, 15, 16, 17, 18, 19, 21, 22, 23, 24, 25, 26, 27, 28, 29, and 30.

Best,


**Alex M. Speakar**
Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102-2068
www.bairdholm.com

402.636.8264 Direct Dial Phone
402.344.0588 Fax
aspeakar@bairdholm.com

Baird Holm LLP

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

---

**From:** Caitlin Wain <Caitlin_Wain@ned.uscourts.gov>
**Sent:** Friday, February 13, 2026 5:09 PM
**To:** Alex Speakar <aspeakar@bairdholm.com>
**Cc:** Briza Menjivar <bmenjivar@bairdholm.com>; Victoria Harder <vharder@bairdholm.com>; Jennifer Tricker <jtricker@bairdholm.com>; kirschman@Whitfieldlaw.com; Clete W. Blakeman <clete@carlsonblakeman.com>; Kayla Hathcote <Kayla_Hathcote@ned.uscourts.gov>; Lauren L. Meyer <lmeyer@hennessyroach.com>; Andrew M. Ferguson <aferguson@hennessyroach.com>; carson@ned.uscourts.gov
**Subject:** RE: 8:24CV442 Wanda Ridnour and Bruce Ridnour vs. Delta Air Lines, Inc., Skywest Airlines, Inc., Unifi Aviation, LLC, and John Doe 1-6 Discovery Dispute Conference Delta Position Statement

Counsel,

The case conference instructions entered in this case are not easily accessible at the moment, due to a change in the court's procedures related to restricted and sealed documents. I will ask the Clerk to replace the case conference instructions at Filing No. 41 with an unrestricted copy. However, due to the federal holiday on Monday it may not get done until Tuesday, so I have copied the dial-in information copied below. Thank you,
Caitlin

Dial 1-855-244-8681
Enter the access code: 2310 555 0906, then hit the # key

---

**From:** Caitlin Wain <Caitlin_Wain@ned.uscourts.gov>
**Sent:** Friday, February 13, 2026 4:39 PM
**To:** Alex Speakar <aspeakar@bairdholm.com>
**Cc:** Briza Menjivar <bmenjivar@bairdholm.com>; Victoria Harder <vharder@bairdholm.com>; Jennifer Tricker <jtricker@bairdholm.com>; kirschman@Whitfieldlaw.com; Clete W. Blakeman <clete@carlsonblakeman.com>; Kayla Hathcote <Kayla_Hathcote@ned.uscourts.gov>; Lauren L. Meyer <lmeyer@hennessyroach.com>; Andrew M. Ferguson <aferguson@hennessyroach.com>; carson@ned.uscourts.gov
**Subject:** RE: 8:24CV442 Wanda Ridnour and Bruce Ridnour vs. Delta Air Lines, Inc., Skywest Airlines, Inc., Unifi Aviation, LLC, and John Doe 1-6 Discovery Dispute Conference Delta Position Statement

Counsel,

A text order will be entered shortly setting a discovery dispute conference for February 17, 2026 at 1:00 p.m. Please provide a brief email summary to carson@ned.uscourts.gov of any progress made since the summaries were exchanged in January and the parties current positions by 9:00 a.m. on February 17. Thank you,

Caitlin E. Wain
Law Clerk to United States Magistrate Judge Ryan C. Carson
U.S. District Court for the District of Nebraska
caitlin_wain@ned.uscourts.gov
Telephone: (402) 661-7342

---

**From:** Alex Speakar <aspeakar@bairdholm.com>
**Sent:** Friday, February 13, 2026 4:11 PM
**To:** Caitlin Wain <Caitlin_Wain@ned.uscourts.gov>
**Cc:** Briza Menjivar <bmenjivar@bairdholm.com>; Victoria Harder <vharder@bairdholm.com>; Jennifer Tricker <jtricker@bairdholm.com>; kirschman@Whitfieldlaw.com; Clete W. Blakeman <clete@carlsonblakeman.com>; Kayla Hathcote <Kayla_Hathcote@ned.uscourts.gov>; Lauren L. Meyer <lmeyer@hennessyroach.com>; Andrew M. Ferguson <aferguson@hennessyroach.com>; carson@ned.uscourts.gov
**Subject:** RE: 8:24CV442 Wanda Ridnour and Bruce Ridnour vs. Delta Air Lines, Inc., Skywest Airlines, Inc., Unifi Aviation, LLC, and John Doe 1-6 Discovery Dispute Conference Delta Position Statement

**CAUTION - EXTERNAL:**

Ms. Wain,

Unifi served its initial discovery responses on January 9th. The parties have had at least two meet and confer calls since then and have been unable to resolve the outstanding discovery issues with Unifi's responses.

Per the Court's earlier instructions, counsel for Delta and Unifi reviewed the Judge's calendar and both parties are available for a discovery conference Tuesday (2/17) at 1pm, or 2pm.

Please let us know if you need anything further to get this conference scheduled.

Best,

**Alex M. Speakar**

Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102-2068
www.bairdholm.com

402.636.8264 Direct Dial Phone
402.344.0588 Fax
aspeakar@bairdholm.com

Baird Holm LLP

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

---

**From:** Caitlin Wain <Caitlin_Wain@ned.uscourts.gov>
**Sent:** Friday, January 9, 2026 8:56 AM
**To:** Andrew M. Ferguson <aferguson@hennessyroach.com>; Alex Speakar <aspeakar@bairdholm.com>; carson@ned.uscourts.gov
**Cc:** Joleen Baker <jbaker@bairdholm.com>; Victoria Harder <vharder@bairdholm.com>; Jennifer Tricker <jtricker@bairdholm.com>; kirschman@Whitfieldlaw.com; Clete W. Blakeman <clete@carlsonblakeman.com>; Kayla Hathcote <Kayla_Hathcote@ned.uscourts.gov>; Lauren L. Meyer <lmeyer@hennessyroach.com>
**Subject:** RE: 8:24CV442 Wanda Ridnour and Bruce Ridnour vs. Delta Air Lines, Inc., Skywest Airlines, Inc., Unifi Aviation, LLC, and John Doe 1-6 Discovery Dispute Conference Delta Position Statement

Counsel,

Judge Carson has received summaries from Delta Air Lines and UniFi Aviation. In light of the ongoing efforts to complete the discovery requested the court will wait to set a telephone conference. Please continue to confer to see if these issues can be resolved without court intervention. Thank you,

Caitlin E. Wain
Law Clerk to United States Magistrate Judge Ryan C. Carson
U.S. District Court for the District of Nebraska
caitlin_wain@ned.uscourts.gov
Telephone: (402) 661-7342

---

**From:** Andrew M. Ferguson <aferguson@hennessyroach.com>
**Sent:** Friday, January 9, 2026 8:44 AM
**To:** Caitlin Wain <Caitlin_Wain@ned.uscourts.gov>; Alex Speakar <aspeakar@bairdholm.com>; carson@ned.uscourts.gov
**Cc:** Joleen Baker <jbaker@bairdholm.com>; Victoria Harder <vharder@bairdholm.com>; Jennifer Tricker <jtricker@bairdholm.com>; kirschman@Whitfieldlaw.com; Clete W. Blakeman <clete@carlsonblakeman.com>; Kayla Hathcote <Kayla_Hathcote@ned.uscourts.gov>; Lauren L. Meyer <lmeyer@hennessyroach.com>
**Subject:** RE: 8:24CV442 Wanda Ridnour and Bruce Ridnour vs. Delta Air Lines, Inc., Skywest Airlines, Inc., Unifi Aviation, LLC, and John Doe 1-6 Discovery Dispute Conference Delta Position Statement

CAUTION - EXTERNAL:

Ms. Wain,

This office represents UniFi Aviation, LLC in regard to the above matter. Unfortunately, I am only in a position to concur with Ms. Speakar's recitation of events as they pertain to her timeline regarding discovery. I also, again unfortunately, concur that she and I have discussed this issue on several occasions without reaching a resolution.

I spoke with UniFi yesterday, January 8, 2026. It is my understanding that I will have responses (verified Answers to Interrogatories and Responses to Requests for Production of Documents) to Deltas discovery requests today. They will be filed as soon as I receive them.

Ms. Speakar have conferred and are planning to speak on Monday or Tuesday (a time has not yet been finalized) to discuss any issues raised in what I will submit. Thank you.

Andy Ferguson

**Andrew M. Ferguson**
Hennessy & Roach, P.C.
14301 FNB Pkwy., Ste. 111, Omaha, NE 68154
Direct 402.933.0952
Office 402.933.8851
aferguson@hennessyroach.com



| | | |
|---|---|---|
| Chicago, IL | 312.346.5310 |
| Brentwood, TN | 615.985.5340 |
| Indianapolis, IN | 317.204.4627 |
| Milwaukee, WI | 414.273.3133 |
| Omaha, NE | 402.933.8851 |
| Overland Park, KS | 913.221.0740 |
| Springfield, IL | 217.726.0037 |
| St. Louis, MO | 314.231.0770 |

Workers Compensation • Auto • Trucking • Construction • General Litigation • Labor & Employment

**From:** Caitlin Wain <Caitlin_Wain@ned.uscourts.gov>
**Sent:** Thursday, January 8, 2026 4:27 PM
**To:** Alex Speakar <aspeakar@bairdholm.com>; Andrew M. Ferguson <aferguson@hennessyroach.com>; carson@ned.uscourts.gov
**Cc:** Joleen Baker <jbaker@bairdholm.com>; Victoria Harder <vharder@bairdholm.com>; Jennifer Tricker <jtricker@bairdholm.com>; kirschman@Whitfieldlaw.com; Clete W. Blakeman <clete@carlsonblakeman.com>; Kayla Hathcote <Kayla_Hathcote@ned.uscourts.gov>
**Subject:** RE: 8:24CV442 Wanda Ridnour and Bruce Ridnour vs. Delta Air Lines, Inc., Skywest Airlines, Inc., Unifi Aviation, LLC, and John Doe 1-6 Discovery Dispute Conference Delta Position Statement

Received by Judge Carson's chambers. Thank you,

Caitlin E. Wain
Law Clerk to United States Magistrate Judge Ryan C. Carson
U.S. District Court for the District of Nebraska
caitlin_wain@ned.uscourts.gov
Telephone: (402) 661-7342

---

**From:** Alex Speakar <aspeakar@bairdholm.com>
**Sent:** Thursday, January 8, 2026 3:27 PM
**To:** Andrew M. Ferguson <aferguson@hennessyroach.com>; carson@ned.uscourts.gov
**Cc:** Joleen Baker <jbaker@bairdholm.com>; Victoria Harder <vharder@bairdholm.com>; Jennifer Tricker <jtricker@bairdholm.com>; kirschman@Whitfieldlaw.com; Clete W. Blakeman <clete@carlsonblakeman.com>; Kayla Hathcote <Kayla_Hathcote@ned.uscourts.gov>
**Subject:** RE: 8:24CV442 Wanda Ridnour and Bruce Ridnour vs. Delta Air Lines, Inc., Skywest Airlines, Inc., Unifi Aviation, LLC, and John Doe 1-6 Discovery Dispute Conference Delta Position Statement

**CAUTION - EXTERNAL:**

Dear Judge Carson,

This firm serves as counsel for Delta Air Lines, Inc. in the above-referenced lawsuit. Defendant Unifi Aviation LLC never provided any responses to Delta's written discovery requests issued on September 22, 2025. I attach Delta's requests hereto for the Court's reference.

On September 22, 2025, Delta issued its First Set of Interrogatories and Requests for the Production of Documents to Unifi. On October 28, 2025, Delta emailed Unifi's counsel regarding the outstanding September discovery requests. On October 29, 2025, Unifi's counsel promised to check on the status of the responses. Delta again sought Unifi's responses on November 6, 2025, and at a November 6th deposition, for an unrelated case both counsel attended, Unifi's counsel responded that the discovery responses would be forthcoming as counsel was just awaiting Unifi's signature. Again, Unifi did not provide any responses and on November 14, 2025, Delta informed Unifi that without responses Delta would have to take action to compel the same. Delta's counsel followed up with a phone call to Unifi's counsel on December 23, 2025, in a last effort to secure Unifi's responses. I attached the parties' email correspondence hereto for the Court's reference.

Despite Delta's numerous attempts to secure Unifi's responses, to date, Delta has not received any response from Unifi to the September 22, 2025, discovery requests Delta issued. Delta now seeks this Court's intervention to secure Unifi's discovery responses.

Thank you.

**Alex M. Speakar**
Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102-2068
www.bairdholm.com

402.636.8264 Direct Dial Phone
402.344.0588 Fax
aspeakar@bairdholm.com

Baird Holm LLP



This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

---

**From:** Kayla Hathcote <Kayla_Hathcote@ned.uscourts.gov>
**Sent:** Tuesday, January 6, 2026 2:18 PM
**To:** Alex Speakar <aspeakar@bairdholm.com>; Andrew M. Ferguson <aferguson@hennessyroach.com>
**Cc:** Joleen Baker <jbaker@bairdholm.com>; Victoria Harder <vharder@bairdholm.com>; Jennifer Tricker <jtricker@bairdholm.com>; kirschman@Whitfieldlaw.com; Clete W. Blakeman <clete@carlsonblakeman.com>; carson@ned.uscourts.gov
**Subject:** RE: 8:24CV442 Wanda Ridnour and Bruce Ridnour vs. Delta Air Lines, Inc., Skywest Airlines, Inc., Unifi Aviation, LLC, and John Doe 1-6 Discovery Dispute Conference Request

Counsel,

The court understands there is a discovery dispute between the parties.  To ensure that the matter is addressed efficiently and fairly, the following procedures apply:

Both parties are to submit to the court by email to carson@ned.uscourts.gov, and to each other, a concise statement (no more than three paragraphs) summarizing their respective position by noon on Friday, January 9, 2026. Please include copies of any disputed requests. If the other defendants take no position on the dispute, please let us know.

The parties must thereafter meet and confer (either in person or at a minimum by phone) to discuss in good faith the particular issues as raised in the submissions.  This discussion will be required regardless of prior efforts to confer.

If a discovery dispute call with the court remains necessary after doing so, please jointly review Judge Carson's calendar at https://www.ned.uscourts.gov/court-calendar, and note that the 1:30-2:30 p.m. hour is generally reserved for criminal hearings. The parties should then email chambers to confirm that they have conferred as instructed and propose two or more mutually agreeable dates and times. The court will select one of the proposed dates and set the hearing, which will be recorded.

Please see the following General Order No. 2025-04 regarding the storage, management, and access to restricted and sealed documents on CM/ECF, as the court's procedures have recently changed. Materials submitted prior to the hearing and the audio recording of the hearing will be uploaded to the public docket unless there is a request for restriction.

Thank you,

**Kayla N. Hathcote**
Law Clerk to U.S. Magistrate Judge Ryan C. Carson
U.S. District Court for the District of Nebraska
Kayla_Hathcote@ned.uscourts.gov
Telephone: (402) 661-7343

---

**From:** Alex Speakar <aspeakar@bairdholm.com>
**Sent:** Monday, January 5, 2026 2:36 PM
**To:** Kayla Hathcote <Kayla_Hathcote@ned.uscourts.gov>; Andrew M. Ferguson <aferguson@hennessyroach.com>

**Cc:** Joleen Baker <jbaker@bairdholm.com>; Victoria Harder <vharder@bairdholm.com>; Jennifer Tricker <jtricker@bairdholm.com>; kirschman@Whitfieldlaw.com; Clete W. Blakeman <clete@carlsonblakeman.com>; carson@ned.uscourts.gov

**Subject:** Wanda Ridnour and Bruce Ridnour vs. Delta Air Lines, Inc., Skywest Airlines, Inc., Unifi Aviation, LLC, and John Doe 1-6 8:24CV442 Discovery Dispute Conference Request

**CAUTION - EXTERNAL:**

Dear Judge Carson and Ms. Hathcote,

This firm serves as counsel for Delta Air Lines, Inc. in the above-referenced lawsuit. We write to request a discovery conference with the Court regarding Defendant Unifi Aviation LLC's total failure to respond to Delta's written discovery requests.

Pursuant to the June 24, 2025, Progression Order entered for this matter, no party may file a Motion to Compel without first contacting chambers to set a discovery conference to discuss the parties' dispute. On September 22, 2025, Delta issued its First Set of Interrogatories and Requests for the Production of Documents to Unifi. Since that time Delta has continued to follow up with counsel for Unifi via email, in person conversations, and phone calls to secure Unifi's responses. Despite Delta's numerous attempts to secure Unifi's responses, to date, Delta has not received any response from Unifi to the September 22, 2025, discovery requests Delta issued.

Because Delta's previous efforts to secure the responses were ultimately unsuccessful, we now seek this Court's intervention to secure Unifi's responses to the outstanding discovery without objection before proceeding in filing any Motion to Compel.

We request the Court schedule a conference to address the dispute and Unifi's failure to provide discovery responses and, if necessary, grant Delta leave to file a Motion to Compel said responses.

Thank you for your attention to this matter.

Best,


**Alex M. Speakar**
Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102-2068
www.bairdholm.com

402.636.8264 Direct Dial Phone
402.344.0588 Fax
aspeakar@bairdholm.com

Baird Holm LLP

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Andrew M. Ferguson |
| **To:** | carson@ned.uscourts.gov |
| **Cc:** | Lauren L. Meyer |
| **Subject:** | RE: 8:24CV442 Wanda Ridnour and Bruce Ridnour vs. Delta Air Lines, Inc., Skywest Airlines, Inc., Unifi Aviation, LLC, and John Doe 1-6 Discovery Dispute Conference Delta Position Statement |
| **Date:** | Monday, February 16, 2026 5:44:18 PM |

CAUTION - EXTERNAL:

Judge Carson,

Please consider this email the position statement of UniFi Aviation, LLC. It is the position of UniFi that progress has been made in regard to this discovery dispute. Initially, when UniFi responded to Delta's discovery requests, specifically the request for production of documents, UniFi informed Delta that UniFi was not in possession of any documents responsive to the requests. After discussion with opposing counsel some clarifications were made regarding particular requests and UniFi has provided those documents. While UniFi understand that Delta is entitled to all relevant documents and information it is UniFi's position and that all documents in its possession have been provided. Thank you.

Andrew M. Ferguson

**Andrew M. Ferguson**
Hennessy & Roach, P.C.
14301 FNB Pkwy., Ste. 111, Omaha, NE 68154
Direct 402.933.0952
Office 402.933.8851
aferguson@hennessyroach.com



| | |
|---|---|
| **Chicago, IL** | **312.346.5310** |
| **Brentwood, TN** | **615.985.5340** |
| **Indianapolis, IN** | **317.204.4627** |
| **Milwaukee, WI** | **414.273.3133** |
| **Omaha, NE** | **402.933.8851** |
| **Overland Park, KS** | **913.221.0740** |
| **Springfield, IL** | **217.726.0037** |
| **St. Louis, MO** | **314.231.0770** |

**Workers Compensation • Auto • Trucking • Construction • General Litigation • Labor & Employment**