IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WANDA RIDNOUR, Wife; and BRUCE RIDNOUR, Husband;<br><br><br>Plaintiffs,<br><br><br>vs.<br><br><br>DELTA AIR LINES, INC.,  SKYWEST AIRLINES, INC.,  UNIFI AVIATION, LLC, and JOHN DOE, individual or entity 1-6;<br><br><br>Defendants. | **8:24CV442**<br><br><br>**FIRST AMENDED FINAL PROGRESSION ORDER** |

This matter comes before the court on the parties' Joint Motion to Extend Case Progression Deadlines. (Filing No. 95). For good cause shown, that motion is granted. Accordingly, IT IS ORDERED that the final progression order is amended as follows:

1)  The trial and pretrial conference will not be set at this time. A status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings previously scheduled on **June 26, 2026 is continued** and will now be held with the undersigned magistrate judge on **August 21, 2026** at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. (Filing No. 41).

2)  The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is August 17, 2026.

3)  The deadline for filing motions to dismiss and motions for summary judgment is August 17, 2026.

4)  The deadline for filing motions to exclude testimony on *Daubert* and related grounds is August 17, 2026.

5)  Motions in limine shall be filed twenty-eight days before trial. It is not the normal

practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

6)      The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

7)      All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 15th day of June, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge