IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

WANDA RIDNOUR, Wife; and BRUCE RIDNOUR, Husband;

Plaintiffs,

vs.

DELTA AIR LINES, INC., SKYWEST AIRLINES, INC., UNIFI AVIATION, LLC, and JOHN DOE, individual or entity 1-6;

Defendants.

**8:24CV442**

**ORDER DISMISSING PARTY**

This matter comes before the Court on the plaintiffs' Motion to Dismiss Defendant Delta Air Lines, Inc. (Filing No. 101). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Delta Air Lines, Inc., be dismissed with prejudice with each party to bear its own costs and fees. All other defendants remain parties in this matter.

Dated this 14th day of August, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge